**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | 06-04275M-001-PCT-MEA |
| Plaintiff, ) | |
| ) | **AMENDED ORDER** |
| vs. ) | (Case number and defendant's name) |
| ) | |
| FREDERICA SIMPON, ) | |
| Defendant. ) | |

The defendant appeared in court with counsel and admitted to violating her conditions of probation as set forth in allegations "A" and "B" of the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of her probation.

IT IS ORDERED reinstating the defendant on probation subject to the previously ordered conditions. In addition, the following conditions are imposed:

1. You will reside in a community correction center for 180 days. Defendant will remain in custody pending bed space in a community correction center.

2. You will pay the monetary penalties previously imposed in the amount of at least $50.00 per month until paid in full.

DATED this 26th day of November, 2007.

_____
Mark E. Aspey
United States Magistrate Judge