**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FREDERICA SIMPSON,<br><br>　　　　Defendant. | 06-04275M-001-MEA<br><br>**ORDER** |

　　　The defendant appeared in court and admitted to violating all allegations as contained in the Petition to Revoke Supervised Probation.

　　　IT IS ORDERED revoking the defendant's supervised probation as unsuccessfully completed.

　　　IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **SEVEN (7) MONTHS**.

　　　IT IS FURTHER ORDERED that the defendant to pay the court ordered fines of $725.00.

　　　DATED this 22nd day of May, 2008.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Mark E. Aspey
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge